■ In the Matter of MATTHEW PANTE, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent. [820 NYS2d 819]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which directed that petitioner be placed in administrative segregation.

Petitioner commenced this CPLR article 78 proceeding challenging a determination placing him in administrative segregation. The Attorney General has advised this Court that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all of the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (see Matter of Johnson v Goord, 283 AD2d 707, 708 [2001]).

Crew III, J.P., Carpinello, Mugglin, Lahtinen and Kane, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.